UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD RINGGOLD,<br><br>           Plaintiff,<br><br>      v.<br><br>BURGETT INC., et al.,<br><br>           Defendants. | No. 2:22-cv-00836-DAD-CKD (PS)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DENYING DEFENDANTS' MOTION TO DISMISS<br><br>(Doc. Nos. 9, 17) |

Plaintiff Edward Ringgold, proceeding *pro se*, initiated this civil action on May 18, 2022. (Doc. No. 1.) This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On October 14, 2022, the assigned magistrate judge issued findings and recommendations recommending that defendants' motion to dismiss this action due to insufficient service of process (Doc. No. 9) be denied, without prejudice. (Doc. No. 17.) The magistrate judge also recommended that plaintiff be granted a 30-day extension of time from the date of this order to effectuate service of process on defendants. (*Id.* at 6.) Those pending findings and recommendations were served on the parties and contained notice that any objections thereto were to be filed within fourteen (14) days after service. (*Id.* at 6.) To date, no objections to the pending findings and recommendations have been filed, and the time in which to do so has now passed.

1

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the court concludes that the findings and recommendations are supported by the record and by proper analysis.

Accordingly,

1. The findings and recommendations issued on October 14, 2022 (Doc. No. 17) are adopted in full;
2. Defendants' motion to dismiss (Doc. No. 9) is denied, without prejudice;
3. Plaintiff shall effectuate service on defendants under Rule 4 of the Federal Rules of Civil Procedure no later than 30 days from the date of entry of this order; and
4. This matter is referred back to the assigned magistrate judge for further proceedings.

IT IS SO ORDERED.

Dated:  **November 8, 2022**                              /s/ Dale A. Drozd
                                                        UNITED STATES DISTRICT JUDGE