UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

EDWARD RINGGOLD,

        Plaintiff,

    v.

BURGETT INC., et al.,

        Defendants.

No.  2:22-cv-00836-DAD-CKD PS

ORDER DENYING ELECTRONIC FILING

(ECF No. 28)

Presently before the court is plaintiff's motion to participate in electronic case filing.[1] (ECF No. 28.) Generally, "any person appearing pro se may not utilize electronic filing except with the permission of the assigned Judge or Magistrate Judge." See E.D. Cal. L.R. 133(b)(2). Plaintiff's request for electronic case filing does not provide good cause for deviance from the Local Rule applicable to unrepresented litigants. At the current stage of this case, the motion is DENIED.

Dated:  December 15, 2022

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

8.ring22cv836.efile

---

[1] This action is referred to the undersigned pursuant to 28 U.S.C. § 636 and Local Rule 302(c)(21).

1