UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD RINGGOLD,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>BURGETT INC., et al.,<br><br>　　　　　Defendants. | No. 2:22-cv-00836-DAD-CKD<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND GRANTING DEFENDANTS' MOTION TO DISMISS, WITH LEAVE TO AMEND<br><br>(Doc. Nos. 22, 34) |

　　　　Plaintiff Edward Ringgold, proceeding *pro se*, initiated this civil action on May 18, 2022. (Doc. No. 1.) This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

　　　　On January 4, 2023, the assigned magistrate judge issued findings and recommendations recommending that defendants' motion to dismiss plaintiff's second, third, and fourth claims (Doc. No. 22) be granted, and that plaintiff be granted an opportunity to file a second amended complaint to attempt to cure the defects identified with respect to those three claims. (Doc. No. 34.) The findings and recommendations were served on the parties and contained notice that any objections thereto were to be filed within fourteen (14) days after service. (*Id.* at 16.) To date, no objections to the findings and recommendations have been filed, and the time in which to do so has now passed.

/////

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the court concludes that the findings and recommendations are supported by the record and by proper analysis.

Accordingly:

1. The findings and recommendations issued on January 4, 2023 (Doc. No. 34) are adopted in full;
2. Defendants' motion to dismiss plaintiff's second, third, and fourth claims (Doc. No. 22) is granted, with leave to amend;
3. Within thirty (30) days from the date of this order, plaintiff may file a second amended complaint to cure the defects identified in the findings and recommendations; and
4. This action is referred back to the assigned magistrate judge for further proceedings.

IT IS SO ORDERED.

Dated:   **February 13, 2023**

UNITED STATES DISTRICT JUDGE