UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

EDWARD RINGGOLD,

          Plaintiff,

    v.

BURGETT INC., et al.,

          Defendants.

No.  2:22-cv-00836-DAD-CKD PS

ORDER

(ECF No. 40)

       Plaintiff has filed a motion for an extension of time to file the second amended complaint authorized by order dated February 14, 2023. Good cause appearing, IT IS HEREBY ORDERED that:

     1.  Plaintiff's motion for an extension of time (ECF No. 40) is granted; and

     2.  Plaintiff is granted an extension of time up to and including May 12, 2013, to file the second amended complaint.

Dated:  March 9, 2023

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

8.ring22cv836.36sac

1