UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD RINGGOLD,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>BURGETT INC., et al.,<br><br>　　　　　Defendants. | No.  2:22-cv-00836-DAD-CKD PS<br><br><u>ORDER</u><br><br>(ECF No. 50) |

Plaintiff has filed a second request for an extension of time to file the second amended complaint authorized by the court's order dated February 14, 2023. Good cause appearing, IT IS HEREBY ORDERED that:

　　1. Plaintiff's motion for an extension of time (ECF No. 50) is granted; and

　　2. Plaintiff is granted an extension of time up to and including July 11, 2023, to file the second amended complaint.

Dated:  May 9, 2023

　　　　　　　　　　　　　　　　　　　　　　　　　　　　CAROLYN K. DELANEY
　　　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

8.ring22cv836.eot2.sac

1