UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD RINGGOLD,<br><br>              Plaintiff,<br><br>     v.<br><br>BURGETT, INC., et al.,<br><br>             Defendants. | No.  2:22-cv-00836-DAD-CKD (PS)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DISMISSING THIS ACTION<br><br>(Doc. No. 61) |

Plaintiff Edward Ringgold, proceeding *pro se*, initiated this civil action on May 22, 2022. (Doc. No. 1.)  This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On July 21, 2023, the assigned magistrate judge examined whether the court has jurisdiction over this action and issued findings and recommendations recommending that the court decline to exercise supplemental jurisdiction over plaintiff's claims arising under state law because no federal claims remain in this action. (Doc. No. 61.)  Accordingly, the magistrate judge recommended that this action be dismissed, without prejudice, so that plaintiff may re-file his remaining claims under state law in state court. (*Id.* at 5–6.)  Those pending findings and recommendations were served on the parties and contained notice that any objections thereto were to be filed within fourteen (14) days after service. (*Id.* at 6.)  To date, no objections to the

/////

1

pending findings and recommendations have been filed, and the time in which to do so has now passed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the court concludes that the findings and recommendations are supported by the record and by proper analysis.

Accordingly,

1. The findings and recommendations issued on July 21, 2023 (Doc. No. 8) are adopted in full;
2. The court declines to exercise supplemental jurisdiction over plaintiff's state law claims, which are the only claims remaining in this action;
3. This action is dismissed, without prejudice; and
4. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated:  **August 9, 2023**

UNITED STATES DISTRICT JUDGE