# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

**JUDGMENT IN A CIVIL CASE**

**EDWARD RINGGOLD,**

CASE NO: **2:22−CV−00836−DAD−CKD**

v.

**BURGETT INC., ET AL.,**

**Decision by the Court.** This action came before the Court. The issues have been tried, heard or decided by the judge as follows:

IT IS ORDERED AND ADJUDGED

**THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE COURT'S ORDER FILED ON 8/10/23**

**Keith Holland**
Clerk of Court

ENTERED:  **August 10, 2023**

by: /s/ A. Kastilahn
Deputy Clerk